# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ROBERT L MURRAY

    Petitioner

 v.

                   Civil Action No. 3:23-cv-176

WARDEN,
Westville Correctional Facility

    Respondent.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of ____%  plus post-Judgment interest at the rate of ____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other: Petitioner Robert L Murray's Petition for Writ of Habeas Corpus is DENIED. Judgment ENTERED in favor of Respondent Warden and against Petitioner Robert L Murray. Petitioner Robert L Murray is DENIED leave to proceed in forma pauperis on appeal.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Holly A. Brady as to the Petition for Writ of Habeas Corpus.

DATE: 11/8/2023        CHANDA J. BERTA, CLERK OF COURT

                by s/A. Highlen_____
                *Signature of Clerk or Deputy Clerk*